UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED
NOV 2 0 2020
PETER A. MOORE, JR., CLE[RK]
US DISTRICT COURT, EDN[C]
BY ___BG___ DEP C[LERK]

No. 7:20-mj-1318-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| MICHELLE ANN NOEL ) | |

The United States Attorney charges that:

On or about November 8, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, MICHELLE ANN NOEL, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Section 641.

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
GARLAND W. ROWLAND
Special Assistant U.S. Attorney
Criminal Division